# CASE ANNOUNCEMENTS

*January 25, 2010*

[Cite as *01/25/2010 Case Announcements,* 2010-Ohio-187.]

## MOTION AND PROCEDURAL RULINGS

**2009–2022. In re Application of Columbus S. Power Company.**
Public Utilities Commission, No. 08–917–EL–SSO. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of the motion for leave to intervene as appellees of Columbus Southern Power Company and Ohio Power Company,
It is ordered by the court that the motion is granted.

**2009–2298. In re Application of Columbus S. Power Company.**
Public Utilities Commission, No. 08–917–EL–SSO. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of the motion of the Ohio Energy Group for leave to intervene as appellee,
It is ordered by the court that the motion is granted.